EDWARD R. WALLACE, DEFENDANT IN ERROR, v.
WILLIAM C. HENDEE, PLAINTIFF IN ERROR.

Submitted July 10, 1903—Decided November 16, 1903.

On error to the Supreme Court.

For the plaintiff in error, *Louis H. Miller*.

For the defendant in error, *John G. Mitchell*.

PER CURIAM.

The judgment brought up by this writ is affirmed, for the reasons given in the opinion of Mr. Justice Pitney in the Supreme Court. 39 *Vroom* 574.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, FORT, GARRETSON, SWAYZE, BOGERT, VOORHEES, VROOM, GREEN, GRAY. 11.

*For reversal*—None.